1  Philip C. Bourdette SBN 47492
2  Miriam Bourdette   SBN 151980
   BOURDETTE & PARTNERS
3  2924 West Main Street
   Visalia, CA 93291
4  (559) 625-8425
   Fax (559) 625-8491
5  pcbb@bourdettelaw.com
6  mrbb@bourdettelaw.com
   Attorneys for Plaintiffs Hames, Hill & Phillips
7
8  Pamela Yates SBN 137740
   Wendy S. Dowse SBN 261224
9  Kaye Scholer LLP
   1999 Avenue of the Stars, Suite 1600
10 Los Angeles, CA 90067
11 (310) 788-1142
   FAX (310) 22913-1942
12 pyates@kayescholer.com
   wdowse@kayescholer.com
13 Attorneys for Defendants Wyeth LLC
   And Pharmacia Upjohn Co. LLC
14

15

16                UNITED STATES DISTRICT COURT

17              EASTERN DISTRICT OF CALIFORNIA

18                     FRESNO DIVISION

19

20
   DONNA HAMES & MICHAEL HAMES        ) Case #. 1:10-CV-02392-OWW-DLB
21                                    )
                                      )
22          Plaintiffs,               ) STIPULATION TO CONTINUE DATES
        vs.                           ) FOR FILING JOINT SCHEDULING
23                                    ) STATEMENTS AND INITIAL
                                      ) SCHEDULING CONFERENCES AND
24 WYETH LLC, {An indirect wholly-owned ) ORDER
   subsidiary of Pfizer Inc.} PHARMACIA & )
25 UPJOHN COMPANY LLC {An indirect    )
   wholly owned subsidiary of Pfizer Inc.} ) Date: June 29, 2011
26                                    ) Time: 8:15 AM
          Defendants.                 ) Courtroom 3 – Judge Oliver W. Wanger
27                                    )
                                      )
28                                    )
   _____ )

                              1

| | |
|---|---|
| CAROL HILL & LEONARD HILL ) | Case #. 1:10-CV-02394-OWW-DLB |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| WYETH LLC, {An indirect wholly-owned ) | |
| subsidiary of Pfizer Inc.} PHARMACIA & ) | |
| UPJOHN COMPANY LLC {An indirect ) | |
| wholly owned subsidiary of Pfizer Inc.} ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |
| MARIANNE PHILLIPS & WILLIAM ) | Case #. 1:10-CV-02395-OWW-DLB |
| PHILLIPS, ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| WYETH LLC, {An indirect wholly-owned ) | |
| subsidiary of Pfizer Inc.} PHARMACIA & ) | |
| UPJOHN COMPANY LLC {An indirect ) | |
| wholly owned subsidiary of Pfizer Inc.} ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED BY & BETWEEN ALL PARTIES THAT:

1.      The date for Filing a Joint Scheduling Conference Statement in the above

captioned cases be continued from June 16 (Hames), June 22 (Hill) and

June 23, 2011 (Phillips) to August 11, 2011.

2.      The date for the Initial Scheduling Conference be continued from June 23

(Hames), June 29 (Hill) and June 30, 2011 (Phillips) to August 18, 2011.

Stipulation re Continuing Filing of JSC Statements and Initial Scheduling Conferences –
Hames, Hill, Phillips

Respectfully submitted,

DATED: May 2, 2011                    BOURDETTE AND PARTNERS


By   /s/ Philip C. Bourdette
     Philip C. Bourdette
     Attorneys for Plaintiffs


DATED: May 2, 2011                    KAYE SCHOLER LLP


By:  /s/ Wendy S. Dowse
     Wendy S. Dowse
     Attorneys for Defendants


IT IS SO ORDERED.

Dated:   **May 2, 2011**                    _____**/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE