| | |
|---|---|
| 1 | Philip C. Bourdette SBN 47492 |
| 2 | Miriam Bourdette   SBN 151980 |
|   | BOURDETTE & PARTNERS |
| 3 | 2924 West Main Street |
|   | Visalia, CA 93291 |
| 4 | (559) 625-8425 |
| 5 | Fax (559) 625-8491 |
|   | pcbb@bourdettelaw.com |
| 6 | mrbb@bourdettelaw.com |
| 7 | Attorneys for Plaintiffs |
| 8 | Simona A. Farrise SBN 171708 |
|   | Leigh Kirmsse SBN 160967 |
| 9 | Farrise Firm PC |
| 10 | 225 South Olive St., Ste 102 |
|   | Los Angeles, CA 90012 |
| 11 | 310-424-3355 |
| 12 | FAX 510-588-4536 |
|   | sfarrise@farriselaw.com |
| 13 | LKirmsse@farriselaw.com |
|   | Attorneys for Plaintiffs |
| 14 | |
| 15 | Sharon J.Arkin SBN #154858 |
|   | The Arkin Law Firm |
| 16 | 333 South Grand Avenue, 25th Floor |
| 17 | Los Angeles, CA 90071 |
|   | (541) 469-2892 |
| 18 | FAX: 866) 571-5676 |
|   | sarkin@arkinlawfirm.com |
| 19 | Attorney for Plaintiffs |
| 20 | |
| 21 | Pamela Yates SBN 137740 |
|   | Wendy S. Dowse SBN 261224 |
| 22 | Julie A. Belezzuoli SBN 267302 |
|   | KAYE SCHOLER LLP |
| 23 | 1999 Avenue of the Stars, Suite 1600 |
| 24 | Los Angeles, CA 90067 |
|   | (310) 788-1000 |
| 25 | FAX (310) 788-1200 |
|   | pyates@kayescholer.com |
| 26 | wdowse@kayescholer.com |
| 27 | julie.belezzuoli@kayescholer.com |
|   | Attorneys for Defendants |
| 28 | |

**ORDER GRANTING PARTIES JOINT STIPULATION RE: TRIAL ORDER FOR REMAND GROUP 2**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CAROL HILL and LEONARD HILL<br><br>Plaintiffs,<br><br>v.<br><br>WYETH LLC, {An indirect wholly-owned subsidiary of Pfizer Inc.} PHARMACIA & UPJOHN COMPANY LLC {An indirect wholly owned subsidiary of Pfizer Inc.}<br><br>Defendants. | Case No. 1:10-cv-02394-JRG-DLB<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION REGARDING TRIAL ORDER FOR REMAND GROUP 2** |

The Court having considered the Joint Stipulation by the parties in this action, and finding good cause therefore;

IT IS HEREBY ORDERED THAT the remand group 2 cases will be tried in the following order:

| | |
|---|---|
| Waddell v. Wyeth LLC et al | 1:04-cv-06343-JRG-DLB |
| Uhalt v. Wyeth LLC et al | 1:10-cv-02404-JRG-DLB |
| Setser v. Wyeth LLC et al | 1:10-cv-02405-JRG-DLB |
| Hill v. Wyeth LLC et al | 1:10-cv-02394-JRG-DLB |
| Phillips v. Wyeth LLC et al | 1:10-cv-02395-JRG-DLB |
| McPherson v. Wyeth LLC et al | 1:10-cv-02384-JRG-DLB |
| Craven v. Wyeth LLC et al | 1:10-cv-02382-JRG-DLB |
| Bowles v. Wyeth LLC et al | 1:04-cv-06346-JRG-DLB |
| Hames v. Wyeth LLC et al | 1:10-cv-02392-JRG-DLB |

| | |
|---|---|
| Poole v. Wyeth LLC et al | 1:10-cv-02397-JRG-DLB |

IT IS SO ORDERED

Dated: 6 January 2012

*/s/ Joseph R. Goodwin*
HONORABLE JUDGE JOSEPH GOODWIN
UNITED STATED DISTRICT COURT JUDGE