Philip C. Bourdette SBN 47492
Miriam Bourdette   SBN 151980
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491
pcbb@bourdettelaw.com
mrbb@bourdettelaw.com
Attorneys for Plaintiffs

Simona A. Farrise SBN 171708
Leigh Kirmsse SBN 160967
Farrise Firm PC
225 South Olive St., Ste 102
Los Angeles, CA 90012
310-424-3355
FAX 510-588-4536
sfarrise@farriselaw.com
LKirmsse@farriselaw.com
Attorneys for Plaintiffs

Sharon J.Arkin SBN #154858
The Arkin Law Firm
333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071
(541) 469-2892
FAX: 866) 571-5676
sarkin@arkinlawfirm.com
Attorney for Plaintiffs

Pamela Yates SBN 137740
Wendy S. Dowse SBN 261224
Julie A. Belezzuoli SBN 267302
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 788-1000
FAX (310) 788-1200
pyates@kayescholer.com
wdowse@kayescholer.com
julie.belezzuoli@kayescholer.com
Attorneys for Defendants

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WYETH LLC, et al.<br>　　　　　Defendants. | Case No.: 1:04-cv-06343-JRG-DLB<br><br>ORDER RELATING<br>TO THE PARTIES' JOINT<br>PROPOSED TRIAL AND PRE-<br>TRIAL SCHEDULE |
| KAY UHALT and STEPHEN UHALT,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WYETH LLC, et al.<br><br>　　　　　Defendants. | Case No.: 1:10-cv-02404-JRG-DLB |
| DOROTHY SETSER and HOWARD SETSER,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WYETH LLC, et al.<br>　　　　　Defendants | Case No.: 1:10-cv-02405-JRG-DLB |

| | | |
|---|---|---|
| 1 | CAROL HILL and LEONARD HILL | Case No.: 1:10-cv-02394-JRG-DLB |
| 2 | Plaintiffs, | |
| 3 | vs. | |
| 4 | WYETH LLC. et al | |
| 5 | Defendants. | |
| 6 | | |
| 7 | | |
| 8 | MARIANNE PHILLIPS and WILLIAM PHILLIPS, | Case No.: 1:10-cv-02395-JRG-DLB |
| 9 | | |
| 10 | Plaintiffs, | |
| 11 | vs. | |
| 12 | WYETH LLC, et al. | |
| 13 | Defendants. | |
| 14 | GLORIETTE MCPHERSON, | Case No.: 1:10-cv-02384-JRG-DLB |
| 15 | | |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | WYETH LLC, et al. | |
| 19 | | |
| 20 | Defendants. | |
| 21 | BETTY CRAVEN and GEORGE CRAVEN, | Case No.: 1:10-cv-02382-JRG-DLB |
| 22 | | |
| 23 | Plaintiffs, | |
| 24 | vs. | |
| 25 | WYETH LLC, et al. | |
| 26 | Defendants. | |
| 27 | | |
| 28 | 3 | |

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | | |
|---|---|---|
| SHIRLEY BOWLES and GERALD BOWLES, | ) | Case No.: 1:04-cv-06346-JRG-DLB |
| Plaintiffs, | ) | |
| vs. | ) | |
| WYETH LLC, et al. | ) | |
| Defendants. | ) | |
| DONNA HAMES and MICHAEL HAMES | ) | Case No.: 1:10-cv-02392-JRG-DLB |
| Plaintiffs, | ) | |
| vs. | ) | |
| WYETH LLC, et al. | ) | |
| Defendants. | ) | |
| VICTORIA POOLE and DELBERT POOLE | ) | Case No.: 1:10-cv-02397-JRG-DLB |
| Plaintiffs, | ) | |
| vs. | ) | |
| WYETH LLC, et al. | ) | |
| Defendants. | ) | |
| LOIS ZANYK | ) | Case No.: 1:10-cv-00287-JRG-DLB |
| Plaintiff, | ) | |
| vs. | ) | |
| PFIZER INC., et al. | ) | |
| Defendants. | ) | |

4

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | |
|---|---|
| CARLEEN WEST | Case No.: 1:10-cv-00289-JRG-DLB |
| Plaintiff, | |
| vs. | |
| PFIZER INC., et al. | |
| Defendants. | |
| | |
| PAMELA TURNER | Case No.: 1:10-cv-00288-JRG-DLB |
| Plaintiff, | |
| vs. | |
| PFIZER INC., et al. | |
| Defendants. | |
| | |
| LUCILLE MACIAS | Case No.: 1:10-cv-00282-JRG-DLB |
| Plaintiff, | |
| vs. | |
| PFIZER INC., et al. | |
| Defendants. | |

The Court having considered the Joint Proposed Trial and Pre-Trial Schedule filed by the Parties in these actions, and finding good cause therefore;

IT IS HEREBY ORDERED as follows:

5

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

1) The following trial and pre-trial schedule is set in the matter of *Waddell v. Wyeth LLC, et al.* Per the Court's order on September 4, 2012, the matter of *Waddell v. Wyeth LLC, et al* will be the first set trial scheduled to begin on February 5, 2013.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Disclosure of Defendants' Expert Reports | November 16, 2012 |
| Defendants' Expert Discovery Deadline | November 30, 2012 |
| Dispositive/*Daubert* Motions | December 10, 2012 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | January 4, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | January 2, 2013 |
| Joint Pre-Trial Order Due | January 8, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | January 11, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | January 23, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | February 5, 2013 |
| Jury/Non-Jury | Jury |

2) The following trial and pre-trial schedule is set in the matters of *Zanyk v. Wyeth Inc., et al, West v. Pfizer Inc., et al, Turner v. Pfizer Inc., et al, and Macias v. Pfizer Inc., et al.* These cases will be the next set to proceed to trial following *Waddell v. Wyeth LLC, et al.* As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| EVENT | PROPOSED DEADLINE |
|---|---|
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | January 4, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | January 2, 2013 |
| Joint Pre-Trial Order Due | January 8, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | January 11, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | January 23, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

3) The following trial and pre-trial schedule is set in the matters of *Uhalt v. Wyeth LLC, et al, Setser v. Wyeth LLC, et al, Phillips v. Wyeth LLC, et al, & Hill v. Wyeth LLC, et al.* These cases will the next set to proceed to trial following *Zanyk v. Wyeth Inc., et al, West v. Pfizer Inc., et al, Turner v. Pfizer Inc., et al, and Macias v. Pfizer Inc., et al.* As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Disclosure of Defendants' Expert Reports | January 28, 2013 |
| Defendants' Expert Discovery Deadline | February 18, 2013 |
| Dispositive/*Daubert* Motions | March 4, 2013 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | March 18, 2013 |
| Hearing on MILs | TBD by Court |

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| | |
|---|---|
| Settlement Conference Cut-Off | March 1, 2013 |
| Joint Pre-Trial Order Due | March 22, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | March 29, 2013 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | April 8, 2013 |
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

4) The following trial and pre-trial schedule is set in the matters of *Bowles v. Wyeth LLC, et al, Poole v. Wyeth LLC, et al, McPherson v. Wyeth LLC, et al, Hames v. Wyeth LLC, et al & Craven v. Wyeth LLC, et al.* These cases will be the next set to proceed to trial following *Uhalt v. Wyeth LLC, et al, Setser v. Wyeth LLC, et al, Phillips v. Wyeth LLC, et al, & Hill v. Wyeth LLC, et al.* As indicated in the Court's prior ruling, these cases will not be consolidated for trial.

| **EVENT** | **PROPOSED DEADLINE** |
|---|---|
| Disclosure of Defendants' Expert Reports | March 11, 2013 |
| Defendants' Expert Discovery Deadline | April 12, 2013 |
| Dispositive/*Daubert* Motions | April 26, 2013 |
| Hearing Dispositive/*Daubert* Motions | TBD by Court |
| All Other Motions, including Motions *in limine* | May 13, 2013 |
| Hearing on MILs | TBD by Court |
| Settlement Conference Cut-Off | May 1, 2013 |
| Joint Pre-Trial Order Due | May 17, 2013 |
| Joint Proposed Jury Questionnaire Due and Affirmative Prior Testimony Designations to be Exchanged; | May 22, 2013 |

8
**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**

| Trial Briefs, Proposed Voir Dire and Jury Instructions Due, and Counter-Designations and Objections to Prior Testimony | June 3, 2013 |
|---|---|
| Final Pre-Trial Conference and Hearing on Remaining Objections to Exhibits and Designated Prior Testimony | TBD by Court |
| Trial | TBD by Court |
| Jury/Non-Jury | Jury |

IT IS SO ORDERED


Dated: September 20, 2012

_____
Joseph R. Goodwin, Chief Judge

**ORDER RELATING TO THE PARTIES' JOINT PROPOSED TRIAL AND PRE-TRIAL SCHEDULE**